Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Estrella Costales, Pro Se

vs

AMERICA'S SERVICING CO., and
LOAN CENTER OF CALIFORNIA
SPECIALIZED LOAN SERVICES

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 1079 J JMA

FILED 08 JUN 18 PM 2:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Estrella Costales, Pro Se
12796 Isocoma Street
San Diego, CA 92129
(858) 484-0114

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    JUN 1 8 2008
CLERK                                      DATE

By B. BOYD, Deputy Clerk

Summons in a Civil Action                                Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)