

```
Estrella Costales, Pro se,
12796 Isocoma St,
San Diego, California 92129
(858) 484-0114
```

UNITED STATES DISTRIC COURT

SOUTHERN DISTRIC OF CALIFORNIA

NUNC PRO TUNC
JUN 18 2008

ESTRELLA COSTALES,

    Plaintiff,

Vs.

AMERICA'S SERVICING CO.,
LOAN CENTER OF CALIFORNIA, INC.,
AND SPECIALIZED LOAN SERVICES
    Defendants.

CASE NO. 08 CV 1079 J JMA

**MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER**

MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER

    Plaintiff ESTRELLA COSTALES, moves this Honorable Court for the entry of an Ex Parte Temporary Restraining Order enjoining and restraining the named Defendants from selling the property at a foreclosure sale for the subject property or otherwise pursuing a judicial or non-judicial adverse action against plaintiff regarding the subject property.

                                  2.

    Plaintiff will suffer irreparable injury if the sale of subject property is not enjoined until plaintiff has a fair and adequate opportunity to have their claims heard. Plaintiff may well have the right to rescind the subject mortgage loan

transaction. 15 USC 1635 (f) provides for a three (3) year limitation. Further, it is likely that plaintiff will prevail on her claims.

3.

In an abundance of caution and based upon legal and equitable considerations, this Court should enter a Preliminary Temporary Restraining Order to enjoin the foreclosure sale, and to allow Plaintiff and Defendant to set forth their respective claims.

4.

This motion is filed on an emergency basis in that if the sale of subject property goes forward, that Plaintiff will lose the property, possession of the property and all of his equity in the property even if her claims are meritorious. Plaintiffs request that the Court grant a Preliminary Temporary Restraining Order without bond, as plaintiff is unable to provide a bond of any kind or type.

5.

When the potential harm to the plaintiff is balanced against the rights of the defendants, greater injury will be inflicted upon plaintiff in the loss of her home than upon defendants.

6.

The public interest will be served by allowing plaintiff to remain in the home, preventing her from becoming homeless.

7.

Plaintiff has attempted to give notice of these proceedings and this request for a temporary restraining Order as evidenced by the certificate of service which accompanies this request.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court grant to her the following relief:

8.

Accept jurisdiction over the parties and the subject matter of this cause, and

9.

Enter a Preliminary Temporary Restraining Order enjoining and restraining the Sale of the subject property, and

10.

Grant the Preliminary Restraining Order without bond.

11.

Grant such other and further relief as the Court deems equitable, appropriate and just.

**VERIFICATION**

Plaintiff/Affiant declares that she has read the foregoing Verified Complaint and under penalty of perjury that the foregoing facts and allegations as contained therein are true and correct.

Estrella Costales, Pro Se Plaintiff/Affiant
12796 Isocoma Steet
San Diego, CA 92129

Phone (858) 484-0114

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Verified Complaint and Motion for Ex Parte Temporary Restraining Order has been furnished to Defendants AMERICA'S SERVICING COMP. CORP., P.O. Box 60768, Los Angeles, CA 90060 and LOAN CENTER OF CALIFORNIA, One Harbor Center, Suite 188., Suisun City, CA 94585, and SPECIALIZED LOAN SERVICES, 8742 Lucent Blvd., Suite 300, Highland Ranch, CO 80129, this _18_ day of June, 2008.

*Estrella Costales*
Estrella Costales, Plaintiff, Pro Se
12796 Isocoma St.
San Diego, CA 92129
Phone (858) 484-0114