SUZANNE M. HANKINS (State Bar No. 157837)
JARLATH M. CURRAN, II (State Bar No. 239352)
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A., dba
AMERICA'S SERVICING COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTRELLA COSTALES,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICA'S SERVICING COMPANY, and LOAN CENTER OF CALIFORNIA SPECIALIZED LOAN SERVICES,<br><br>Defendants. | Case No.: 3:08-CV-01079-L-JMA<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF WELLS FARGO BANK, N.A., dba AMERICA'S SERVICING COMPANY'S MOTION TO DISMISS**<br><br>DATE: 10/14/08<br>TIME: 10:30 a.m.<br>DEPT: 14<br><br>*[Filed concurrently with Motion to Dismiss]*<br><br>Complaint filed: June 18, 2008 |

  Defendant Wells Fargo Bank, N.A. dba America's Servicing Company ("Wells Fargo"), by and through its attorney, hereby requests the Court to take judicial notice of the following records pursuant to Federal Rule of Evidence 201:

  1. "Proof of Mailing and Contents Mailed" dated June 20, 2008 and signed by Mercedita Mamerto, Authorized agent for Estrella Costales. The Proof of Mailing and Contents Mailed indicates that a true and correct copy of the 1) summons in civil action case No. CV1079 J JMA, 2) Verified complaint and Emergency Motion for Ex Parte temporary Restraining Order case No. CV1079 J JMA, and 3) Proof Mailing and Contents Mailed were served on the parties, including America's Servicing Co. Corp. by certified mail on June 20, 2008, addressed to a post office box in Los Angeles, California. A true and correct copy of the Proof of Mailing and Contents Mailed is attached hereto as Exhibit 1.

DATED: July 15, 2008

            SEVERSON & WERSON
            A Professional Corporation

            By: _____
            SUZANNE M. HANKINS
            JARLATH M. CURRAN, II
            Attorneys for Defendants
            WELLS FARGO BANK, N.A.
            dba AMERICA'S SERVICING
            COMPANY

**EXHIBIT 1**

MERCEDITA MAMERTO
C/O 12796 ISOCOMA ST.
SAN DIEGO, CA 92129

PROOF OF MAILING AND CONTENTS MAILED

1. Mercedita Mamerto, Authorized agent for Estella Costales, do hereby certify and affirm that on june 20,2008, I caused a true and correct copy of:
2. summons in civil action case No.CV1079 J JMA.
3. Verified complaint and Emergency Motion for Ex Parte temporary Restraining Order case No. CV1079 J JMA.
4. Proof of Mailing and Contents Mailed.

To be served on the parties in interest by placing a true copy of each documentsin an envelope to be mailed via US Postal System, postage prepaid, following ordinay business, practice, to the following persons/entities:

| | |
|---|---|
| America's Servicing Co.Corp<br>P.O.BOX 60768<br>Los Angeles, Ca 90060 | Certified Mail 70072560000003760814 |
| Loan Center of California<br>One Harbor center, suite 388<br>Suisan City, Ca. 94585 | Certified Mail 70072560000063760807 |
| Specialized Loan servicing<br>8742 lucent blvd. Suite 300<br>Highland Ranch co.80129 | Certified Mail 70072560000063760791 |

_____    6/20/2008
Third Party Server                              Date